USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNIFIED STATES OF AMERICA,          :
                                    :     **20 CR 473 (VM)**
         -against-                  :
                                    :     <u>ORDER</u>
MAMADY DANFAKHA,                    :
                                    :
              Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be scheduled for April 29, 2022 at 1:00 P.M.

**SO ORDERED.**

Dated:  New York, New York
        23 March 2022

_____
Victor Marrero
U.S.D.J.