```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
       -against-                  :
                                  :
MAMADY DANFAKHA,                  :          20 CR 473(VM)
                                  :            ORDER
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, April 29, 2022 at 1:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:  New York, New York
        23 March 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022