UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                   :

UNITED STATES OF AMERICA,                      :

       -v-                                                                   :          20-CR-473 (VM)

MAMADY DANFAKHA,                            :

                                    Defendant.          :                ORDER

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 14, 2025, the undersigned, sitting in Part I, ordered Defendant Mamady Danfakha detained in connection with the alleged violations of his conditions of supervised release, but it agreed to continue the proceeding on **Tuesday, November 18, 2025**, at **2:45 p.m.** in the hopes that one or both sides might have more information or evidence by then. Thereafter, the undersigned spoke with Judge Marrero, to whom the case is assigned, who agreed to handle the matter on the same date and time. Accordingly, the parties shall appear before Judge Marrero in **Courtroom 15B** of the **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY**. The Government shall promptly notify the Probation Department.

       SO ORDERED.

Dated: November 14, 2025
       New York, New York

                                                          JESSE M. FURMAN
                                                   United States District Judge
                                                              Part I