USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

             - against -

MAMADY DANFAKHA,

                       Defendant.

---

20 Crim. 473 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court **DENIED** Defendant Mamady Danfakha's ("Danfakha") bail appeal from the bench at a conference held on November 19, 2025.

    On November 13, 2025, Danfakha was arrested and made an initial appearance for revocation of supervised release in front of Magistrate Judge Robyn Tarnofsky. Judge Tarnofsky denied bail and Danfakha appealed. On November 14, 2025, Judge Jesse Furman, sitting in Part I, heard the bail appeal and ordered Danfakha detained. Judge Furman scheduled a continued proceeding to consider the matter of bail for November 18, 2025. The November 18, 2025, hearing was reassigned to this Court, which had originally been assigned this case.

    At the November 18, 2025, status conference the Government indicated that it had not yet received discovery in this matter from the Bronx District Attorney's office. The

Court then scheduled a status conference to continue the bail appeal proceeding on November 19, 2025.

The Court denied Danfakha's bail appeal at the November 19, 2025, status conference. The Court found that Danfakha had not satisfied his burden under Federal Rules of Criminal Procedure Rule 32.1(a)(6), which provides that "[t]he magistrate judge may release or detain the person under 18 U.S.C. §3143(a)(1) pending further proceedings. The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." F.R.C.P. 32.1(a)(6). The Court found Danfakha did not offer "clear and convincing evidence" that he would not "pose a danger to any other person or to the community." Id.

The underlying incident for the violation of supervised release occurred on or around April 27, 2025, when Danfakha and another individual allegedly committed an armed robbery and carjacking. While the presence of a gun and/or knife on security camera video footage was not conclusive, there is Grand Jury testimony by the victim, who appears to know Danfakha, indicating that there were weapons in the pockets of Danfakha and another individual at the time of the incident. Given this uncertainty regarding the presence of a weapon on Danfakha, the Court found that Danfakha had not met

2

his burden of establishing by "clear and convincing evidence" that he would not "pose a danger to any other person or to the community." The Court therefore affirmed Judge Tarnofsky's decision to deny Danfakha bail.

**SO ORDERED.**

Dated:     20 November 2025
           New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.